# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Taizhou Luqiao Shengqiang Housewares Factory,<br><br>Plaintiff,<br><br>v.<br><br>Dbest Products, Inc.,<br><br>Defendant. | CASE NO. 2:24-cv-10842-MWC-JC<br><br>ORDER GRANTING THE PARTIES' JOINT STIPULATION PERMITTING PLAINTIFF TO FILE A SECONDAMENDED COMPLAINT (DKT. 17) |

**ORDER**

Having reviewed and considered the Parties' Joint Stipulation PERMITTING PLAINTIFF TO FILE A SECONDAMENDED COMPLAINT, the Court ORDERES:

1. Plaintiff is granted leave to file the Second Amended Complaint, attached as Exhibit 1 to the Joint Stipulation.

2. Plaintiff shall file the Second Amended Complaint as a separate docket entry within three (3) days of the entry of this Order.

1   IT IS SO ORDERED.

3   DATED: April 21, 2025

_____
Hon. Michelle Williams Court
United States District Judge